THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Willie B. Appellant.
 
 
 

In the interest of N.B., a minor under the
 age of 18.

Appeal From Williamsburg County
George M. McFaddin, Jr., Family Court
 Judge
Unpublished Opinion No. 2008-UP-642
Submitted November 3, 2008  Filed
 November 17, 2008    
AFFIRMED

 
 
 
 Marian D. Nettles, of Lake City, for Appellant.
 Helen T. McFadden, of Kingstree, for Respondent.
 
 
 

PER CURIAM: Willie
 B. appeals from the family courts order
 requiring entry of his name into the South Carolina Department of Social
 Services Central Registry for Child Abuse and Neglect.  See S.C. Code Ann. § 20-7-650(O) (Supp. 2007).[1]  After a thorough review of the
 record and the family courts findings of fact and conclusions of law, pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), and S.C. Dept of Soc. Servs. v. Frederick Downer,
 Sr., S.C. Sup. Ct. Order dated February 2, 2005 (expanding the procedure
 set forth in Cauthen to situations where an indigent person appeals from
 an order imposing measures, other than the termination of parental rights,
 which are based upon child abuse and neglect), the family courts order is
AFFIRMED.[2] 
HEARN, C.J., SHORT and KONDUROS, JJ., concur.

[1]Repealed by Act No. 361, 2008 S.C. Acts 3623,
 which created Title 63 and transferred provisions from Chapter 7, Title 20 to
 Title 63.  
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.